

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00335-CV

| | | |
|---|---|---|
| JAMES PIOT AND MARILEE PIOT, Appellants | § | On Appeal from the 431st District Court |
| v. | § | of Denton County (21-8729-431) |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, CHRIS WHITMIRE, AND MICHAEL PATTERSON, Appellees | § | August 11, 2022 |
| | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Allstate Vehicle and Property Insurance Company, Chris Whitmire and Michael Patterson shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth